IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARDALE HAMILTON                                                    PLAINTIFF

v.                                Case No. 1:25-cv-1083

H & R BLOCK                                                      DEFENDANT

**ORDER**

      Before the Court is the Report and Recommendation filed by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Singleton recommends that this case be dismissed without prejudice because the Court lacks jurisdiction over this case. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 8th day of January, 2026.

                                                                      /s/ Susan O. Hickey
                                                                      Susan O. Hickey
                                                                      United States District Judge